DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ROSE RANDAZZO,**
Appellant,

v.

**KEN KENWORTHY,** Superintendent of Schools of **OKEECHOBEE COUNTY SCHOOL BOARD,**
Appellee.

No. 4D2025-2981

[July 30, 2026]

Appeal from the Okeechobee County School Board; Case No. 2023-01.

Mark Wilensky of Dubiner & Wilensky, L.L.C., Wellington, for appellant.

Molly L. Shaddock and Jeffrey D. Slanker of Sniffen & Harmon, P.A., Tallahassee, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, LEVINE and FORST, JJ., concur.

* * *

***Not final until disposition of timely-filed motion for rehearing.***